# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: PETITION TO EMPANEL     : No. 59 MM 2015
SECOND INDICTING GRAND JURY    :
                               :
                               :
                               :
PETITION OF: HON. PAUL M. YATRON,  :
PRESIDENT JUDGE OF BERKS       :
COUNTY                         :


## ORDER


**PER CURIAM**

     **AND NOW**, this 30th day of April, 2015, the Petition to Empanel Second Indicting

Grand Jury is **GRANTED**.  *See* Pa.R.Crim.P. 556, Comment and Historical Notes.